**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| KEVIN STERK and JIAH CHUNG, individually, and on behalf of a class of similarly situated individuals,<br><br>   Plaintiffs,<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company, d/b/a Redbox,<br><br>   Defendant, | Case No. 11-cv-01729<br><br>The Honorable Matthew F. Kennelly |

**DEFENDANT REDBOX AUTOMATED RETAIL, LLC'S
<u>LOCAL RULE 24.1 NOTICE OF CLAIM OF UNCONSTITUTIONALITY</u>**

   Defendant Redbox Automated Retail, LLC ("Redbox"), by its undersigned counsel, and pursuant to this Court's Local Rule 24.1, hereby provides notice that it claims the Video Privacy Protection Act, 18 U.S.C. § 2710 ("VPPA") violates the United States Constitution as set forth in further detail in Redbox's Answer and Additional Defenses to Plaintiffs' Amended Consolidated Class Action Complaint. This is notice is provided so that the Court may "certify such fact to the Attorney General" of the United States as required by 28 U.S.C. § 2403.

Dated: November 3, 2011              Respectfully submitted,


                                     /s/ Anthony T. Eliseuson
                                     One of the attorneys for Defendant Redbox
                                     Automated Retail, LLC

Donna J. Vobornik (ARDC #6195767)
Natalie J. Spears (ARDC #6230320)
Anthony T. Eliseuson (ARDC #6277427)
SNR DENTON US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (fax)
donna.vobornik@snrdenton.com
natalie.spears@snrdenton.com
anthony.eliseuson@snrdenton.com

*Attorneys for Defendant Redbox Automated Retail, LLC*

## **CERTIFICATE OF SERVICE**

I, Anthony T. Eliseuson, an attorney, hereby certify that on November 3, 2011, I electronically filed the preceding with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following:

- **Ari J. Scharg**
  ascharg@edelson.com

- **William C. Gray**
  wgray@edelson.com

- **Rafey S. Balbanian**
  rbalabanian@edelson.com

- **Joseph J. Siprut**
  jsiprut@siprut.com

/s/Anthony T. Eliseuson
Anthony T. Eliseuson