**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KEVIN STERK and JIAH CHUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>Defendant. | Case No. 1:11-cv-01729<br><br>Honorable Matthew F. Kennelly<br><br>Magistrate Judge Jeffrey T. Gilbert |

**AMENDED NOTICE OF MOTION**

**PLEASE TAKE NOTICE THAT** on Thursday, November 10, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in Room 2188 in the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and shall then and there present **Defendant Redbox Automated Retail, LLC's Motion to Reconsider Denial of Motion to Dismiss or, Alternatively, to Certify Issue for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b)**, copies of which have been served upon you.

Dated: November 7, 2011

Respectfully submitted,

/s/ Anthony T. Eliseuson
One of the attorneys for Defendant Redbox
Automated Retail, LLC

Donna J. Vobornik (ARDC #6195767)
Natalie J. Spears (ARDC #6230320)
Anthony T. Eliseuson (ARDC #6277427)
SNR DENTON US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (fax)
donna.vobornik@snrdenton.com
natalie.spears@snrdenton.com
anthony.eliseuson@snrdenton.com

*Attorneys for Defendant Redbox Automated Retail, LLC*

## **CERTIFICATE OF SERVICE**

  I, Anthony T. Eliseuson, an attorney, hereby certify that on November 7, 2011, I electronically filed the preceding with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **Ari J. Scharg**
  ascharg@edelson.com

- **William C. Gray**
  wgray@edelson.com

- **Rafey S. Balbanian**
  rbalabanian@edelson.com

- **Joseph J. Siprut**
  jsiprut@siprut.com

                 /s/ Anthony T. Eliseuson