# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1729 | **DATE** | 3/27/2012 |
| **CASE TITLE** | Sterk vs. Redbox | | |

**DOCKET ENTRY TEXT**

The agreed motion for entry of a protective order is granted [93]. Counsel are directed to provide an electronic copy of the proposed order for signature, following the instructions on Judge Kennelly's web page. Plaintiff's originally-filed motion to extend deadlines and for leave to file second amended complaint is terminated [90]. Plaintiff's corrected motion to extend deadlines and for leave to file second amended complaint is taken under advisement. Response is to be filed by 4/5/12. Reply to response is to be filed by 4/12/12. Ruling on motion and status hearing are set to 4/18/12 at 9:30 a.m. The motion hearing date of 3/29/12 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|