# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KEVIN STERK and JIAH CHUNG, individually, and on behalf of a class of similarly situated individuals, | )<br>)<br>) |
| Plaintiffs, | )  Case No. 11-cv-01729<br>)<br>)  The Honorable Matthew F. Kennelly |
| v. | )<br>) |
| REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company, | )<br>)<br>) |
| Defendant. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on Thursday, April 11, 2013 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in courtroom 2103 in the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and shall then and there present **DEFENDANT REDBOX AUTOMATED RETAIL, LLC'S MOTION FOR LEAVE TO FILE AN ENLARGED BRIEF *INSTANTER*,** copies of which have been served upon you.

Dated: April 8, 2013

Respectfully submitted,

/s/ Anthony T. Eliseuson
One of the attorneys for Defendant

Donna J. Vobornik (ARDC #6195767)
Natalie J. Spears (ARDC #6230320)
Anthony T. Eliseuson (ARDC #6277427)
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606
(312) 876-8000
15050623

## CERTIFICATE OF SERVICE

  I, Anthony Eliseuson, an attorney, hereby certify that on April 8, 2013, I electronically filed the preceding with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following:

- **Ari J. Scharg**
  ascharg@edelson.com

- **Rafey S. Balbanian**
  rbalabanian@edelson.com

- **Benjamin S. Thomassen**
  bthomassen@edelson.com

- **Joseph J. Siprut**
  jsiprut@siprut.com

- **Aleksandra M. S. Vold**
  avold@siprut.com

/s/ Anthony T. Eliseuson

15050623