**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN STERK and JIAH CHUNG, individually, and on behalf of a class of similarly situated individuals, | ) ) ) | |
| | ) | |
| *Plaintiffs*, | ) | Hon. Matthew F. Kennelly |
| | ) | |
| *v.* | ) | Case No. 11-cv-01729 |
| | ) | |
| REDBOX AUTOMATED RETAIL, LLC, | ) | |
| | ) | |
| *Defendant*. | ) | |

## NOTICE OF APPEAL

Pursuant to the Federal Rules of Appellate Procedure 3 and 4, and consistent with 28 U.S.C. § 1291, notice is hereby given that Plaintiffs Kevin Sterk and Jiah Chung appeal to the United States Court of Appeals for the Seventh Circuit the August 16, 2013 Memorandum Opinion and Order of the United States District Court for the Northern District of Illinois granting Defendant's motion for summary judgment (Dkt. 217), and the August 16, 2013 Judgment of the United States District Court for the Northern District of Illinois in favor of Defendant (Dkt. 218). Plaintiffs' appeal is in accordance with *In re Grabill Corp.*, 983 F.2d 773, 775–76 (7th Cir. 1993) ("An appeal from a final judgment brings up for review by the appellate court all orders (except those that have become moot) rendered by the trial court previously in the litigation.").

Dated: September 16, 2013

Respectfully submitted,

KEVIN STERK and JIAH CHUNG,
individually, and on behalf of a class of
similarly situated individuals,

By: /s/  Ari J. Scharg
             One of Plaintiffs' attorneys

Jay Edelson
Rafey S. Balabanian
Ari J. Scharg
Benjamin S. Thomassen
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
jedelson@edelson.com
rbalabanian@edelson.com
ascharg@edelson.com
bthomassen@edelson.com

## CERTIFICATE OF SERVICE

      I, Ari J. Scharg, an attorney, certify that on September 16, 2013, I served the above and foregoing Plaintiffs' Notice of Appeal by causing true and accurate copies of such paper to be filed with the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                              /s/ Ari J. Scharg_____