IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KEVIN STERK and JIAH CHUNG, individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 11-cv-01729<br><br>The Honorable Matthew F. Kennelly |

**DEFENDANT-APPELLEE'S DESIGNATIONS FOR RECORD ON APPEAL**

    Defendant-Appellee, Redbox Automated Retail, LLC ("Redbox"), hereby designates the yellow highlighted docket entries in Exhibit 1 attached hereto for inclusion in the Record on Appeal.

Dated: September 30, 2013          Respectfully submitted,

                                                   /s/ Anthony T. Eliseuson
                                                   One of the attorneys for Defendant-Appellee

Donna J. Vobornik (ARDC #6195767)
Natalie J. Spears (ARDC #6230320)
Anthony T. Eliseuson (ARDC #6277427)
DENTONS US LLP
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606
(312) 876-8000

## CERTIFICATE OF SERVICE

I, Anthony Eliseuson, an attorney, hereby certify that on September 30, 2013, I electronically filed the preceding with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following:

- **Ari J. Scharg**
  ascharg@edelson.com

- **Rafey S. Balbanian**
  rbalabanian@edelson.com

- **Benjamin S. Thomassen**
  bthomassen@edelson.com

- **Joseph J. Siprut**
  jsiprut@siprut.com

- **Aleksandra M. S. Vold**
  avold@siprut.com

- **James D. Larry**
  nlarry@edelson.com


/s/ Anthony T. Eliseuson

81014733\V-1