# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

November 14, 2014

Taxed in Favor of: Appellee Redbox Automated Retail, LLC

| No.: 13-3037 | KEVIN STERK, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br>Defendant - Appellee |
|---|---|
| Originating Case Information: ||
| District Court No: 1:11-cv-01729<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

The mandate or agency closing letter issued in this cause on November 14, 2014.

BILL OF COSTS issued in the amount of: $270.40.

|   |   | Cost of<br>Each Item | Total Cost<br>Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: |   |   |
| 2. | For reproduction of any record or paper, per page: |   |   |
| 3. | For reproduction of briefs: |   | $270.40 |

TOTAL:     $270.40

form name: c7_BillOfCosts(form ID: 140)